UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:11-CR-123(01)RM |
| | ) | |
| TOM SMITH | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 15, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 17], ACCEPTS defendant Tom Smith's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  January 4, 2012

                         /s/ Robert L. Miller, Jr.
                         Judge, United States District Court